|   |   |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JACQUES ANTON LANIER,<br>a.k.a. "John Dupree,"<br><br>        Defendant. | 2:19-cr-00327-GMN-VCF<br><br>**Order to Unseal Legal Process** |

UNITED STATES DISTRICT COURT<br>DISTRICT OF NEVADA

Based upon Motion of the Government, and good cause appearing therefore, the Court finds good cause to unseal the below matters so they may be provided in discovery. Thus, the Court orders the cause numbers identified below and any documentation filed therein unsealed:

| Case Number | In the Matter of: |
|---|---|
| 2:17-mj-01082-NJK | IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF SUBSCRIBER INFORMATION, CELL SITE INFORMATION AND FOR A GPS TRACKING WARRANT ON CELLULAR TELEPHONE NUMBER 702-205-0826 |
| 2:17-mj-01164-PAL | IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE FOR FACEBOOK USER ID: FACEBOOK.COM/JACQUES.LANIER.71 |
| 2:17-mj-01171-PAL | IN THE MATTER OF SEARCH OF INFORMATION ASSOCIATED WITH FACEBOOK ID: **WWW.FACEBOOK.COM/JACQUES.LANIER .71** THAT IS STORED AT PREMISES CONTROLLED BY FACEBOOK, INC. |

| | |
|---|---|
| 2:18-mj-00050-PAL | IN THE MATTER OF THE SEARCH OF A SAMSUNG GALAXY S8 CELL PHONE BEARING IMEI: 355987083990480, CURRENTLY LOCATED AND BEING STORED IN THE LAS VEGAS FBI EVIDENCE CONTROL ROOM |
| 2:18-mj-00056-VCF | IN THE MATTER OF THE SEARCH OF A 2007 LEXUS BEARING NEVADA LICENSE PLATE: AXGODNC AND VEHICLE IDENTIFICATION NUMBER (VIN): JTHBK262072038915. |
| 2:18-mj-00067-NJK | IN THE MATTER OF THE SEARCH OF AN APPLE IPAD TABLET, MODEL A1600, BEARING SERIAL NUMBER: F4KNX2M2G5Y3, CURRENTLY LOCATED AND BEING STORED IN THE LAS VEGAS FBI EVIDENCE CONTROL ROOM |
| 2:19-mj-00881-EJY | In re: Grand Jury Subpoena No. – 2017R01399-003 |

IT IS SO ORDERED:

DATED this __8__ day of January 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT